PER CURIAM.

(No. 73-CC-123)

SUN OIL COMPANY OF PENNSYLVANIA, Claimant, *vs.* STATE OF ILLINOIS, SECRETARY OF STATE, Respondent.

*Opinion filed May 8, 1973.*

SUN OIL COMPANY OF PENNSYLVANIA, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER AND DOUGLAS G. OLSON, Assistant Attorneys General, for Respondent.

PER CURIAM.